IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CHRISTOPHER DUROCHER,**

    **Plaintiff,**

v.                                                     **CASE NO. 5:04-cv-00398-SPM-AK**

**JO ANNE BARNHART,**

    **Defendant.**
_____/

**O R D E R**

This matter is before the Court on Plaintiff's Motion to Dismiss Complaint. (Doc. 16). Having considered said motion, which is unopposed, the Court is of the opinion that it should be **GRANTED**, and this **CAUSE IS DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** at Gainesville, Florida, this **30**th day of June, 2005.

                                                       s/ A. KORNBLUM
                                                       **ALLAN KORNBLUM**
                                                       **UNITED STATES MAGISTRATE JUDGE**